FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 7 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| US Mortgage Inc, a Nevada corporation, et al., | |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| vs. | CV 03-1615 PHX SMM |
| James C. Saxton, et al., | |
| Defendants. | |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court has granted the Defendants Motion to Dismiss, therefore the Plaintiff shall take nothing. This complaint and action are hereby dismissed with prejudice.

November 17, 2004                    RICHARD H. WEARE
Date                                 District Court Executive/Clerk

                                     _____
                                     (By) Deputy Clerk

cc: (all counsel)

